UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

_Joseph Angel Carrillo_

    Defendant.

Start Time: 2:06 pm
End Time: 2:11 pm
CourtReporter/CourtSmart# MJN - 8/17/16

## CRIMINAL MINUTES before
## U.S. MAGISTRATE JUDGE MICHAEL J. NEWMAN
Courtroom Deputy: Diane Marcus
### DETENTION HEARING

Case No.: 3:16-mj-227
Date: 8/17/16

Assistant United States Attorney/Special AUSA: _Shala Lafferty_
Defense Counsel: ~~Tom Anderson~~ _Art Mullins for Tom Anderson_

[X] Government rests on report of Pretrial Services

[ ] Government presents additional arguments/evidence above and beyond report of Pretrial Services

[X] Defendant rests on report of Pretrial Services

[X] Defendant presents additional arguments/evidence above and beyond report of Pretrial Services

[ ] Testimony heard:

    Government's Witness(es) _____

    Defendant's Witness(es) _____

[X] Defendant detained pending trial - Court to issue Detention Order

[ ] Defendant released on conditions - Court to issue Bond Order

Other: _Asks Court to consider House Arrest or return to California to live with his father. Does have employment in California. Government requests that he be retained. No conditions will assure safety of the community._